**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02120-CMA-KMT

MAUREEN BERTRAM, and
ANTHONY BERTRAM,

      Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY, a Texas corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to the Stipulation to Dismiss With Prejudice (Doc. # 16), signed by the attorneys for the parties hereto, it is

      ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney's fees.

      DATED:  May   31  , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge